UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                 Case Nos. 3:16-cr-96

vs.

WILLIAM EARNEST,                            District Judge Michael J. Newman

    Defendant.

---

**ORDER DIRECTING THE CLERK OF COURT TO: (1) DOCKET DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (Doc. No. 65) AS A PENDING MOTION IN *UNITED STATES v. WILLIAM EARNEST*, 3:21-cr-104; AND (2) TERMINATE WITHOUT PREJUDICE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (Doc. No. 65) IN *UNITED STATES v. WILLIAM EARNEST*, 3:16-cr-96**

---

The instant felony criminal case is before the Court on Defendant's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Doc. No. 65. Because Defendant is presently serving a sentence of incarceration imposed by the Court in a more recent case, *United States v. William Earnest*, 3:21-cr-104, his motion for compassionate release should have been docketed in his more recent case.[1] Consequently, the Clerk of Court is **DIRECTED** to **DOCKET** Defendant's motion for compassionate release (Doc. No. 65) as a pending motion in his more recently filed case, *United States v. William Earnest*, 3:21-cr-104, and **TERMINATE WITHOUT PREJUDICE** his motion for compassionate release (Doc. No. 65) in *United States v. William Earnest*, 3:16-cr-96.

    **IT IS SO ORDERED.**

December 19, 2025                                      s/*Michael J. Newman*
                                                                Hon. Michael J. Newman
                                                                United States District Judge

---

[1] This was not an error by the Clerk of Court because the only case number in the caption of Defendant's motion for compassionate release required its docketing in 3:16-cr-96. *See* Doc. No. 65 at PageID 275.